■ WILLIAM P. BAEZ, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 70515.)—Order unanimously affirmed, with costs, for reasons stated at Court of Claims, Lowery, J. (Appeal from order of Court of Claims, Lowery, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ TODD SMITH, Plaintiff, v LAWRENCE J. GULI et al., Defendants. JACK RYAN'S PLACE, INC. et al., Third-Party Plaintiffs-Appellants, v RICHARD J. HORAN et al., Doing Business as MAIN PLACE TAVERN, Third-Party Defendants-Respondents, et al., Third-Party Defendants.—Order unanimously affirmed, with costs. Memorandum: We find no proof that respondents unlawfully sold or unlawfully assisted in the procurement of liquor by the intoxicated person which would support a violation of the Dram Shop Act (General Obligations Law § 11-101 [1]). The proof demonstrated mere consumption by Guli. The Dram Shop Act must be construed narrowly *(Gabrielle v Craft,* 75 AD2d 939) and absent proof of any sales of intoxicating beverages to Guli or other evidence that respondents did unlawfully assist "in procuring liquor for [such] intoxicated person", summary judgment was properly granted *(Wright v Sunset Recreation,* 91 AD2d 701). (Appeal from order of Supreme Court, Monroe County, Boehm, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ WILLIAM P. BAEZ, Respondent, v RICHARD A. HENNESSY, JR., Individually and as District Attorney of Onondaga County, Appellant.—Order unanimously affirmed, without costs, for reasons stated at Onondaga County Court, Burke, J. (Appeal from order of Onondaga County Court, Burke, J.—disclosure.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LEAVELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, McCarthy, J.—criminal possession of stolen property, second degree, and petit larceny.) Present—Dillon, P. J., Callahan, Doerr, Green and Pine, JJ.